**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7628**

JEFFREY T. LAWSON,

             Plaintiff - Appellant,

        v.

EMPLOYEES OF VIRGINIA DEPARTMENT OF CORRECTIONS; V. S. GRAY;
O. CHAMBERS; GAIL JONES; MS. MATTHEWS; MRS. FOSTER,

             Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.   James C. Turk, Senior
District Judge.  (7:09-cv-00258-jct-mfu)

Submitted: October 15, 2009        Decided: October 22, 2009

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jeffrey T. Lawson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffrey T. Lawson appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Lawson v. Employees of Virginia Dep't of Corr., No. 7:09-cv-00258-jct-mfu (W.D. Va. Aug. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED